

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00200-CV

## IN THE INTEREST OF
## E.J.G., Z.M.G., AND M.B.G., CHILDREN

**From the 13th District Court
Navarro County, Texas
Trial Court No. D18-27516-CV**

## MEMORANDUM OPINION

Appellant filed a Motion to Dismiss Appeal. The Court grants the motion, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. *Id.*

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Rose[1]
Dismissed
Opinion delivered and filed August 26, 2021

---

[1] The Honorable Jeff Rose, Former Chief Justice of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.

[CV06]